**DISMISS; and Opinion Filed October 19, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00932-CV

### IN RE JIMMY HENSLEY, JR. AND DEE BROWN, INC., Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02065**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Brown

Before the Court are relators' petition for writ of mandamus and relators' motion to dismiss

this proceeding. We grant the motion and dismiss this original proceeding. *See* TEX. R. APP. P.

42.1(a)(1).

/Ada Brown/
ADA BROWN
JUSTICE

180932F.P05